Alan R. Solot
TILTON & SOLOT
459 North Granada Avenue
Tucson, Arizona  85701
520-622-4622
520-882-9861 fax
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 7 Case |
|---|---|
| JOHN BOWMAN, | No.  4:10-11531-JMM |
| Debtor | **AMENDMENT TO SCHEDULE F UNSECURED NON-PRIORITY CLAIMS** |

The debtor, through his undersigned attorney, Alan R. Solot, hereby submits an Amendment to Schedule F List of Unsecured Non-Priority Claims to add the following creditors:

| **Creditor** | **Amount** | **Account #** |
|---|---|---|
| EQA IRWIN PORTFOLIO SERVICES 22102 17TH AVENUE SE BOTHELL WA 98021 | $124.73 | Unknown |
| GURSTEL STALOCH & CHARGO 6681 COUNTRY CLUB DRIVE GOLDEN VALLEY MN 55427 | $3000 | Xxxx6544 |

Dated this 7th day of May 2010

/s/  *Alan R. Solot*          SBN 006587
ALAN R. SOLOT
Attorney for Debtor

Copy of the foregoing mailed this
7th day of May 2010 to:

Trudy Nowak, Trustee
PMB #418
4802 E Ray Road #23
Phoenix, AZ  85044

And all creditors named above