Alan R. Solot
TILTON & SOLOT
459 North Granada Avenue
Tucson, Arizona 85701
520-622-4622
520-882-9861 fax
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

In re:

JOHN BOWMAN,

    Debtor

Chapter 7 Case

No. 4:10-11531-JMM

**AMENDMENT TO SCHEDULE F UNSECURED NON-PRIORITY CLAIMS**

The debtor, through his undersigned attorney, Alan R. Solot, hereby submits an Amendment to Schedule F List of Unsecured Non-Priority Claims to add the following creditors:

| Creditor | Amount | Account # | |
|---|---|---|---|
| RECEIVABLE MANAGEMENT SERVICES<br>4836 BRECKSVILLE ROAD<br>PO BOX 523<br>RICHFIELD OH 44286<br><br>And<br><br>SLATER, TENAGLIA, FRITZ & HUNT<br>PO BOX 5476<br>MT. LAUREL, NJ 08054 | $800.00 | XXXX9541 | Disputed debt of Bowman Industry & Manufacturing |
| CONTINENTAL CENTRAL CREDIT<br>PO BOX 131120<br>CARLSBAD CA 92013 | $1865.13 | XXXX1004 | Collection for Sand Share Resort |
| SURETY ACCEPTANCE<br>PO BOX 12949<br>TUCSON AZ 85732 | $58.69 | XXXX5537 | Collection for Body Central PT |

Dated this 26th day of May 2010

    /s/ *Alan R. Solot*    SBN 006587
    ALAN R. SOLOT
    Attorney for Debtor

| | |
|---|---|
| 1 | Copy of the foregoing mailed this<br>26th day of May 2010 to: |
| 2 | Trudy Nowak, Trustee |
| 3 | PMB #418<br>4802 E Ray Road #23 |
| 4 | Phoenix, AZ  85044 |
| 5 | And all creditors named above |

TILTON & SOLOT
459 N. Granada Avenue
Tucson, Arizona  85701
520-622-4622

2