FORM CLA−001

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                          Case No.: 4:10−bk−11531−JMM

JOHN LLOYD BOWMAN                               Chapter: 7
fdba Bowman Industry & Manufacturing LLC
7965 Sendero Uno
Tucson, AZ 85704
**SSAN:** xxx−xx−6609
**EIN:** 20−0673610

Debtor(s)

## NOTICE FIXING LAST DATE TO FILE CLAIMS

**NOTICE IS HEREBY GIVEN THAT:**

1.   All Creditors of the above−named estate are required to file their claim pursuant to Bankruptcy Rule 3002(c) (5) on or before **September 24, 2010** in order to participate in the distribution of funds available. Any creditor who has previously filed a claim need not file again. Please be advised that filing a claim does not guarantee that you will receive payment on that claim. Whether you receive payment and the amount of any payment depends upon the amount of funds in the estate and whether there are administrative costs and priority claims to be paid.

2.   For governmental units, a proof of claim must be filed by the aforementioned deadline or 180 days after the date of the order for relief in this case, whichever is later.

3.   The proof of claim form is enclosed with this notice. It may be filed by regular mail with the court at the address below. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose a copy of the proof of claim together with a stamped, self−addressed envelope.

4.   YOU ARE FURTHER NOTIFIED THAT if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the trustee's final account and report and the proposed distribution.

**Date: June 24, 2010**

**Address of the Bankruptcy Clerk's Office:**            Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue                                       **Brian D. Karth**
Tucson, AZ 85701−1704
Telephone number:  (520) 202−7500
www.azb.uscourts.gov

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT District of Arizona | PROOF OF CLAIM |
|---|---|
| Name of Debtor: JOHN LLOYD BOWMAN | Case Number: 10-11531 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**     $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**  ☐ Real Estate     ☐ Motor Vehicle     ☐ Other
**Describe:**

**Value of Property: $**_____ **Annual Interest Rate**___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $**_____ **Basis for perfection:** _____

**Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

B10 (Official Form 10) (04/10) - Cont.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0970-4           User: martinezl              Page 1 of 2              Date Rcvd: Jun 24, 2010
Case: 10-11531                 Form ID: cla001              Total Noticed: 90

The following entities were noticed by first class mail on Jun 26, 2010.
db         +JOHN LLOYD BOWMAN,    7965 Sendero Uno,    Tucson, AZ 85704-2066
9132018    +AZ Endovascular,    6565 E Carondelet Drive #235,    Tucson AZ 85710-3533
9132008    +Al Peterson Sr,    c/o Sensor Electronics Corp,    5500 Lincoln Drive #170,     Ednia MN 55436-1668
9132009    +Alamo Citations Department,    PO Box 22233,    Tulsa OK 74121-2233
9132010    +American Express,    c/o Zwicker & Associates,    PO Box 10069,    Scottsdale AZ 85271-0069
9132013    +American Water Works Assoc,    6666 W Quincy Avenue,    Denver CO 80235-3098
9132014    +Analytical Technology,    6 Iron Bridge Road,    Collegeville PA 19426-2045
9132015    +Anthony Lund,    360 N Arm Lane,    Orono MN 55364-8234
9132016    +Arizona Community Physicians,    5055 E Broadway #A100,    Tucson AZ 85711-3629
9132017     Arizona Manufactures Directory,    1633 Central Street,    Evanston IL 60201-1569
9132019    +Bank of Tucson,    4400 E Broadway,    Tucson AZ 85711-3517
9132020    +Bellrich LLC aka Commerce Park,    c/o Asset West Management Ltd,    1700 E 18th Street #101,
             Tucson AZ 85719-6552
9132021     Blue Cross / Blue Shield,    Po Box 13466,    Phoenix AZ 85002-3466
9265180    +CONTINENTAL CENTRAL CREDIT,    PO BOX 131120,    CARLSBAD CA 92013-1120
9132022    +Cahaba Media Group,    PO Box 530067,    Birmingham AL 35253-0067
9132026    +Cirrus Logic,    5980 N Shannon Road,    Tucson AZ 85741-5230
9132027    +City of Tucson,    PO Box 28804,    Tucson AZ 85726-8804
9132030    +DBM Investments,    Don Mykleby,    8865 E Baseline Rd #1358,    Mesa AZ 85209-5300
9132036    +DM and NA Haase Trust,    David & Nancy Haase,    11361 E Calle Vaqueros,    Tucson AZ 85749-9521
9132029    +Dave's Flow Measurement,    P.O. BOX 7224,    Gillette WY 82717-7224
9132032    +DeGhetto Engineering,    11581 Encore Circle,    Hopkins MN 55343-8862
9132031    +Deborah Mitchell,    7965 N Sendero Uno,    Tucson AZ 85704-2066
9132034    +Direct Capital Corporation,    155 Commerce Way,    Portsmouth NH 03801-3243
9132037    +Don Hughes,    4361 N Palisades,    Tucson AZ 85749-8848
9298882    +EQ Acquisitions 2003, Inc., as assignee of Irwin C,    50 Washington Street, 10th Floor,
             South Norwalk, CT 06854-2710
9201019    +EQA IRWIN PORTFOLIO SERVICES,    22102 17TH AVENUE SE,    BOTHELL WA 98021-7431
9132038    +Elliott Electronic Supply,    1301 S Tyndall Avenue,    Tucson AZ 85713-1725
9132039    +Fluke,    6920 Seaway Blvd,    Everett WA 98203-5829
9132040    +GMAC ResCaf,    Attn: Legal Department,    1 Meridian Crossing,    Richfield MN 55423-3937
9201020    +GURSTEL STALOCH & CHARGO,    6681 COUNTRY CLUB DRIVE,    GOLDEN VALLEY MN 55427-4601
9132041    +Gopher Electronics,    222 LIttle Canada,    St Paul MN 55117-1378
9132042    +Grand View Media,    200 Croft Street #1,    Birmingham AL 35242-1824
9132043    +Hammel Beal & Lauer PC,    5656 E Grant Road,    Tucson AZ 85712-2210
9132044    +Hawkins Water Treatment,    3100 E Hennipen Ave,    Minneapolis MN 55413-2922
9132046    +JF9,    c/o Don James,    8509 W Quattlebaum Drive,    Tucson AZ 85735-1486
9132045    +James Whitehill, Esq,    2730 E Broadway #160,    Tucson AZ 85716-5384
9132047    +John Becker,    c/o Analytical Technology Inc,    6 Iron Bridge Drive,    Collegeville PA 19426-2045
9132048     John Finbow,    837 2nd Avenue SW, #1101,    Calgary AB Canada
9132049     Ken Coffey,    c/o Micro-Watt Control Devices,    2721 Hopewell Place NE,
             Calgary, AB Canada T1Y 7J7
9132050    +Ken Johnson,    c/o KSJ Engineering,    8440 Central Avenue #2D,    Newark CA 94560-3453
9132051    +Kenneth Pryor,    4020 S Snapdragon,    Tucson AZ 85730-3720
9132053     McMaster Carr,    PO Box 4355,    Chicago IL 60680-4355
9132054     McMaster Carr,    600 N County Line Road,    Elmhurst IL 60126-2081
9132055     Mouser Electronics,    PO Box 99319,    Ft Worth TX 76199-0319
9132056    +Net Media,    10940 N Stallard Place,    Tucson AZ 85737-9527
9132057    +Newark Electronics,    4801 N Ravenswood,    Chicago IL 60640-4457
9132058    +North Wilmot Properties LLC,    2200 N Wilmot Road #100,    Tucson AZ 85712-3090
9132059     Omega Engineering,    PO Box 4047,    Stamford CT 06907-0047
9132060    +Pay Pal,    GE Money Bank/ BK Dept,    PO Box 103104,    Roswell GA 30076-9104
9132061     Pillsbury Winthrop,    2300 N Street, NW,    Washington DC 20037-1122
9132062    +Progressive Management Systems,    PO Box 2220,    West Covina CA 91793-2220
9132063     R.L. Tool,    7409 Washington Avenue South,    Edina MN 55439-2410
9132064    +R.M.S.,    PO Box 523,    Richfield OH 44286-0523
9265178    +RECEIVABLE MANAGEMENT SERVICES,    PO BOX 523,    RICHFIELD OH 44286-0523
9132065    +Radiology Ltd,    677 N Wilmot Road,    Tucson AZ 85711-2701
9132066    +Rick Jackson,    c/o Jackson Associates,    1111 W Oakley Park Rd,    Walled Lake NI  48390-1252
9132067    +Ronald J. Newman, Esquire,    1670 E River Road #124,    Tucson AZ 85718-5986
9132069    +SCF Arizona,    800 E Wetmore Road,    Tucson AZ 85719-7213
9265179    +SLATER, TENAGLIA, FRITZ & HUNT,    PO BOX 5476,    MT. LAUREL, NJ 08054-5476
9265181    +SURETY ACCEPTANCE,    PO BOX 12949,    TUCSON AZ 85732-2949
9132068    +Sand Shares,    PO Box 8048,    Hilton Head Island SC 29938-8048
9132070    +Sensirion,    2801 Townsgate Road #204,    Westlake Village CA 91361-5847
9132071     Shell,    PO Box 689151,    Des Moines IA 50368-9151
9132072    +Solid Concepts,    3280 E Hemisphere Loop,    Tucson AZ 85706-5023
9132073     Southwest Metal Crafts,    4151 E Tennessee Street,    Tucson AZ 85714-2153
9132074    +Teletronics Information,    7133 N Mona Lisa Road,    Tucson AZ 85741-2630
9132075    +Teresa Bowman,    3628 N. Avenida La Vallita,    Tucson AZ 85750-2033
9132076    +Terry Bowman,    3628 N. Avenida La Vallita,    Tucson AZ 85750-2033
9132077    +Thaler Corp,    1288 W Versilia Drive,    Oro Valley AZ 85755-8528
9132078     Tucson Electric Power,    P.O. Box 80077,    Prescott, AZ 86304-8077
9132079    +UPS,    1517 N Wilmot Road,    Tucson AZ 85712-4410
9132080   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    PO Box 108,    St. Louis MO 63166-9801)
9132081   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    PO Box 6335,    Fargo ND 58125-6335)
9132082     Vacco,    10350 Vacco Street,    South El Monte CA 91733-3399
9132083    +Vaisala,    10-D Gill Street,    Woburn MA 01801-1721
9132085    +Webco Controls,    25 W. Skippack Pike STE 202,    Ambler 19002-5162
9132086    +William A. Crosley,    8867 Hidden Oaks Park,    Eden Prairie MN 55344-4105
9132087     Zwicker & Associates,    80 Minuteman Road,    Andover MA  01810-1008
```

```
District/off: 0970-4              User: martinezl                Page 2 of 2                  Date Rcvd: Jun 24, 2010
Case: 10-11531                    Form ID: cla001                Total Noticed: 90
```

The following entities were noticed by electronic transmission (continued)

The following entities were noticed by electronic transmission on Jun 24, 2010.
```
tr              EDI: QTANOWAK.COM Jun 24 2010 18:48:00      TRUDY A. NOWAK,   PMB #418,   4802 E. RAY RD., #23,
                 PHOENIX, AZ  85044-6417
smg             EDI: AZDEPREV.COM Jun 24 2010 18:48:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
                 1600 W. MONROE, 7TH FL.,   PHOENIX, AZ  85007-2650
9132012         EDI: AMEREXPR.COM Jun 24 2010 18:48:00      American Express,   PO Box 981535,
                 El Paso TX 79998-1535
9132011        +EDI: AMEREXPR.COM Jun 24 2010 18:48:00      American Express,   PO Box 297814,
                 Ft. Lauderdale FL 33329-7814
9132023        +EDI: CHASE.COM Jun 24 2010 18:48:00      Chase,   PO Box 15299,   Wilmington DE 19850-5299
9132025         EDI: CHASE.COM Jun 24 2010 18:48:00      Chase Card,   Po Box 15049,   Wilmington DE 19850-5049
9132024         EDI: CHASE.COM Jun 24 2010 18:48:00      Chase Card,   PO Box 15299,   Wilmington DE 19850-5299
9132028        +E-mail/Text: AZ.BANKRUPTCIES@COX.COM                             Cox Communications,   PO Box 78071,
                 Phoenix AZ 85062-8071
9132033         EDI: RCSDELL.COM Jun 24 2010 18:48:00      Dell Financial Services,   PO Box 81577,
                 Austin TX 78708-1577
9132035         EDI: DISCOVER.COM Jun 24 2010 18:48:00      Discover,   PO Box 30421,
                 Salt Lake City UT 84130-0421
9132052        +EDI: RMSC.COM Jun 24 2010 18:48:00      Lowes / GE Money Bank,   Bankruptcy Dept,   PO Box 103104,
                 Roswell GA 30076-9104
9132084         EDI: AFNIVZWIRE.COM Jun 24 2010 18:48:00      Verizon,   PO Box 96082,   Bellevue WA 98009-9682
                                                                                             TOTAL: 12

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 26, 2010**                    **Signature:**    *Joseph Speetjens*